**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 754 |
| | : | |
| APPOINTMENT TO THE CIVIL | : | CIVIL PROCEDURAL RULES DOCKET |
| PROCEDURAL RULES COMMITTEE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2024, Daniel T. Brier, Esquire, Lackawanna County, is hereby appointed as a member of the Civil Procedural Rules Committee for a term of six years, commencing July 1, 2024.